IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY MORRIS, et al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )  No. 07-3057 |
| | ) |
| THOMAS MONAHAN, et al., | ) |
| | ) |
| Respondents. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioners' Motion for Appointment of Counsel and to Proceed in Forma Pauperis (d/e 1). Petitioners seek habeas corpus relief pursuant to 28 U.S.C. § 2254. Petitioners have submitted an Affidavit showing that they are unable to pay the filing fee (d/e 3). The request to proceed informa pauperis is allowed.

Petitioners' request for appointment of counsel is denied at this time. There is no guaranteed right to the assistance of counsel in a civil case. DiAngelo v. Illinois Dept. of Public Aid, 891 F.2d 1260, 1262 (7th Cir. 1989). Moreover, the Court has not yet determined whether it must hold a hearing on the Habeas Corpus Petition, and until it does, the Court will

not appoint counsel. If the Court finds it necessary to hold a hearing, the Court will appoint counsel pursuant to Rule 8 of the Rules Governing 28 U.S.C. § 2254 Cases.

THEREFORE, the Petitioners' Motion for Appointment of Counsel and to Proceed in Forma Pauperis (d/e 1) (Motion for Appointment) is ALLOWED in part. Petitioners may proceed in forma pauperis. The Clerk is directed to file Petitioners' proposed Petition for Writ of Habeas Corpus, attached to the Motion for Appointment. Petitioners request for appointment of counsel is denied at this time.

IT IS THEREFORE SO ORDERED.

ENTER: March 19, 2007.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE