E-FILED
Tuesday, 20 March, 2007  02:10:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GREGORY MORRIS, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No.  07-3057 |
| | ) | |
| THOMAS MONAHAN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioners' Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (d/e 5) (§ 2254 Petition).  The Court will consider the § 2254 Petition under Rule 4 of the Rules Governing § 2254 Cases.

After a review of the § 2254 Petition, this Court finds that a summary dismissal is not warranted.  Therefore, pursuant to Rule 4, the Court directs the Attorney General for the State of Illinois to respond to the § 2254 Petition.  The response shall discuss the merits and the procedural posture of the § 2254 Petition, i.e. whether Petitioners have exhausted their state remedies and/or procedurally defaulted any claims.  See Rule 5 of the Rules

Governing § 2254 Cases.

THEREFORE, the Attorney General for the State of Illinois is Ordered to file on or before May 31, 2007, an answer pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases to Petitioners' § 2254 Petition. Petitioners are given until June 29, 2007, to file any reply.

IT IS THEREFORE SO ORDERED.

ENTER:  March 20, 2007.

FOR THE COURT:

s/ Jeanne E. Scott<br>
JEANNE E. SCOTT<br>
UNITED STATES DISTRICT JUDGE